The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Charles Stanard Severance
     v. Commonwealth of Virginia
     Record No. 0308-16-4
     Opinion rendered by Judge O'Brien on
     May 23, 2017

2.  Justo Mazariego Campos
     v. Commonwealth of Virginia
     Record No. 0617-16-2
     Opinion rendered by Chief Judge Huff on
     June 13, 2017

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. William Edward Freeman, Jr.
   v. Commonwealth of Virginia
   Record No. 2302-14-4
   Opinion rendered by Judge Petty
   on November 17, 2015
   Refused (151930)

2. Jesse Gregory Edmond
   v. Commonwealth of Virginia
   Record No. 0557-15-2
   Opinion rendered by Judge Malveaux
   on August 2, 2016
   Refused (161283)

3. King William County and Virginia Association of Counties Group
   v. Linda Jones
   Record No. 0576-15-2
   En Banc opinion rendered by Judge Russell
   on August 9, 2016
   Refused (161308)

4. José Rafael Salazar
   v. Commonwealth of Virginia
   Record No. 0879-15-4
   Opinion rendered by Judge Russell
   on August 23, 2016
   Refused (161492)

5. Rudolph David Taylor
   v. Commonwealth of Virginia
   Record Nos. 1330-15-3 and 1340-15-3
   Opinion rendered by Judge Chafin
   on September 13, 2016
   Refused (161445)